*TERRY A. DAKE, LTD.*
11811 North Tatum Boulevard
Suite 3031
Phoenix, Arizona 85028-1621
Telephone: (480) 368-5199
Facsimile: (480) 368-5198
tdake@cox.net

**Terry A. Dake - 009656**

Attorney for Trustee

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re: | In Chapter 7 Proceedings |
| SUSAN MARIA CABRAL; | Case No. 2:09-BK-23136-SSC |
| Debtor. | |
| BRIAN J. MULLEN, TRUSTEE, | **Adversary No. 2:10-AP-1049** |
| Plaintiff, | |
| v. | |
| SUSAN MARIA CABRAL, LIANA HURLEY BLAIR aka Liana H. Blair aka Liana M. Blair, | |
| Defendants. | |

**MOTION FOR PRELIMINARY INJUNCTION**

The debtor's sister has over $100,000.00 that belongs to the bankruptcy estate. The trustee wants that money sequestered before it is spent and forever lost. Accordingly, the trustee moves this Court for the entry of a preliminary injunction. The trustee's motion is more fully set forth in and is supported by the following Memorandum Of Points and Authorities.

DATED June 9, 2010.

*TERRY A. DAKE, LTD.*

By  /s/ TD009656
    Terry A. Dake - 009656
    11811 North Tatum Boulevard
    Suite 3031
    Phoenix, Arizona 85028-1621
    Attorney for Trustee

**MEMORANDUM OF POINTS AND AUTHORITIES**

Prior to the filing of this bankruptcy case on September 17, 2009, the debtor had over $100,000.00 in a bank account at Digital Federal Credit Union ("DFCU") in Massachusetts. In a mortgage application signed by the debtor on March 29, 2009, the debtor told Countrywide Bank that the money was hers so that she could get a mortgage for her new house in Fountain Hills. The debtor also reported the interest income from the account on her 2008 federal income tax return.

On April 30, 2009, $101,258.65 was transferred from the debtor's account at DFCU account to a new account at DFCU in the name of the debtor's sister, Liana Blair ("Blair"). However, the signature card for that newly created account shows that Blair holds the money for the debtor's benefit.

It is obvious that this money belongs to the debtor and that the debtor and her sister are playing a dangerous game with this Court. That game must end.

In light of the foregoing, the trustee requests that the Court enter a preliminary injunction sequestering the account and preventing any further withdrawal of funds from the account pending the completion of this litigation. Without this relief, it is entirely possible that

2

the money will be dissipated, or moved again and again, leaving the trustee to chase the debtor and her sister and the money.

**WHEREFORE,** the trustee prays for a preliminary injunction as set forth herein.

DATED June 9, 2010.

*TERRY A. DAKE, LTD.*

By /s/ TD009656
Terry A. Dake
11811 North Tatum Boulevard
Suite 3031
Phoenix, Arizona 85028-1621
Attorney for Trustee/Plaintiff

Copy e-mailed June 9, 2010 to:

**WALTER A. ANGELINI**
ANGELINI LAW OFFICES
16810 AVENUE OF THE FOUNTAINS #200
FOUNTAIN HILLS, AZ
angelinilawwv@hotmail.com

Michael J. Tremblay
277 Main St.
Marlborough, MA 01752-5520
attorney@tremblay.com

/s/ TD009656

3