```
 1  TERRY A. DAKE, LTD.
    11811 North Tatum Boulevard
 2  Suite 3031
    Phoenix, Arizona  85028-1621
 3  Telephone: (480) 368-5199
    Facsimile: (480) 368-5198
 4  tdake@cox.net

 5  Terry A. Dake - 009656

 6  Attorney for Trustee
```

### IN THE UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | In Chapter 7 Proceedings |
| | ) | |
| SUSAN MARIA CABRAL; | ) | Case No. 2:09-BK-23136-SSC |
| | ) | |
| Debtor. | ) | |
| ──────────────────────────── | ) | |
| | ) | |
| BRIAN J. MULLEN, | ) | |
|     TRUSTEE, | ) | **Adversary No. 2:10-AP-1049** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SUSAN MARIA CABRAL, | ) | |
| LIANA HURLEY BLAIR | ) | |
|  aka Liana H. Blair | ) | |
|  aka Liana M. Blair, | ) | |
| | ) | |
| Defendants. | ) | |
| ──────────────────────────── | ) | |

### MOTION FOR EXPEDITED HEARING

The debtor's sister has over $100,000.00 that belongs to the bankruptcy estate.  The trustee needs to have that money sequestered before it is spent and forever lost.  Accordingly, the trustee moves this Court for an expedited hearing on the trustee's Motion For Preliminary Injunction.  The trustee's motion is more fully set forth in and is supported by the following Memorandum Of Points and Authorities.

DATED June 9, 2010.

*TERRY A. DAKE, LTD.*

By  /s/ TD009656
    Terry A. Dake - 009656
    11811 North Tatum Boulevard
    Suite 3031
    Phoenix, Arizona 85028-1621
    Attorney for Trustee

**MEMORANDUM OF POINTS AND AUTHORITIES**

Prior to the filing of this bankruptcy case on September 17, 2009, the debtor had over $100,000.00 in a bank account at Digital Federal Credit Union ("DFCU") in Massachusetts. In a mortgage application signed by the debtor on March 29, 2009, the debtor told Countrywide Bank that the money was hers so that she could get a mortgage for her new house in Fountain Hills. The debtor also reported the interest income from the account on her 2008 federal income tax return.

On April 30, 2009, $101,258.65 was transferred from the debtor's account at DFCU account to a new account at DFCU in the name of the debtor's sister, Liana Blair ("Blair"). However, the signature card for that newly created account shows that Blair holds the money for the debtor's benefit.

This money, once spent, will likely never be recovered. Accordingly, the trustee requests an expedited hearing on his motion for the entry of a preliminary injunction. At that hearing, the trustee will ask the Court to enter appropriate orders to prevent the further expenditure of those funds. The trustee requests that the hearing be held as soon as possible.

2

**WHEREFORE,** the trustee prays for an expedited hearing on his motion for the entry of a preliminary injunction to prevent further loss or expenditure of these funds.

DATED June 9, 2010.

                ***TERRY A. DAKE, LTD.***

By /s/ TD009656
   Terry A. Dake
   11811 North Tatum Boulevard
   Suite 3031
   Phoenix, Arizona 85028-1621
   Attorney for Trustee/Plaintiff

Copy e-mailed June 9, 2010 to:

**WALTER A. ANGELINI**
ANGELINI LAW OFFICES
16810 AVENUE OF THE FOUNTAINS #200
FOUNTAIN HILLS, AZ
angelinilawwv@hotmail.com

Michael J. Tremblay
277 Main St.
Marlborough, MA 01752-5520
attorney@tremblay.com

/s/ TD009656

3