```
 1  TERRY A. DAKE, LTD.
    11811 North Tatum Boulevard
 2  Suite 3031
    Phoenix, Arizona  85028-1621
 3  Telephone: (480) 368-5199
    Facsimile: (480) 368-5198
 4  tdake@cox.net

 5  Terry A. Dake - 009656

 6  Attorney for Trustee
```

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | In Chapter 7 Proceedings |
| SUSAN MARIA CABRAL; | Case No. 2:09-BK-23136-SSC |
| Debtor. | |
| BRIAN J. MULLEN, TRUSTEE, | **Adversary No. 2:10-AP-1049** |
| Plaintiff, | |
| v. | |
| SUSAN MARIA CABRAL, LIANA HURLEY BLAIR aka Liana H. Blair aka Liana M. Blair, | |
| Defendants. | |

**NOTICE OF LODGING ORDER**

Please take notice that the attached order has been lodged with the Court.

DATED June 9, 2010.

                                      *TERRY A. DAKE, LTD.*

                                      By /s/ TD009656
                                         Terry A. Dake
                                         11811 North Tatum Boulevard
                                         Suite 3031
                                         Phoenix, Arizona 85028-1621

Copy e-mailed June 9, 2010 to:

**WALTER A. ANGELINI**
ANGELINI LAW OFFICES
16810 AVENUE OF THE FOUNTAINS #200
FOUNTAIN HILLS, AZ
angelinilawwv@hotmail.com


Michael J. Tremblay
277 Main St.
Marlborough, MA 01752-5520
attorney@tremblay.com


 /s/ TD009656

2

## Upload a Single Order

**The new PDF document [320734 .pdf](#) was uploaded successfully on 6/9/2010 at 9:27 PM**

**Order Type:** Orders Setting / Vacating / Rescheduling Hearing
**Case Number:** 2:10-ap-01049-SSC
**Case Name:** Mullen v. CABRAL et al
**Related Document Number:** 4
**Related Document Description:** Motion to Accelerate/Expedite

[Upload Single (ap)](#)

***TERRY A. DAKE, LTD.***
**11811 North Tatum Boulevard
Suite 3031
Phoenix, Arizona 85028-1621
Telephone: (480) 368-5199
Facsimile: (480) 368-5198
tdake@cox.net**

**Terry A. Dake - 009656**

Attorney for Trustee

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re: | In Chapter 7 Proceedings |
| SUSAN MARIA CABRAL; | Case No. 2:09-BK-23136-SSC |
| Debtor. | |
| BRIAN J. MULLEN, TRUSTEE, | **Adversary No. 2:10-AP-1049** |
| Plaintiff, | |
| v. | |
| SUSAN MARIA CABRAL, LIANA HURLEY BLAIR aka Liana H. Blair aka Liana M. Blair, | |
| Defendants. | |

**ORDER FOR EXPEDITED HEARING**

This matter having come before the Court on the trustee's Motion For Expedited Hearing; and

Good cause appearing.

**IT IS ORDERED** that the Court shall conduct an expedited hearing on the trustee's Motion For Preliminary Injunction shall be held on the _____ day of _____, 2010 at _____ o'clock ___.m. before the Sarah Sharer Curley at the United States Bankruptcy Court, 230 North First Avenue, 7th Floor, Courtroom No. 701, Phoenix, Arizona.

1  At that time and date, the Court will consider the trustee's motion and
2  any objections timely filed and served in opposition thereto.  Any
3  objections to the trustee's motion must be filed and served not later
4  than _____ and the objecting party or counsel for the
5  objecting party must appear at the hearing.  If no objections are timely
6  filed and served, the Court may grant the relief requested by the
7  trustee.
8          **IT IS FURTHER ORDERED** that the trustee shall give immediate
9  notice of this hearing to counsel for the defendants and file a
10 certificate of service.
11                       **DATED AND SIGNED ABOVE.**