*TERRY A. DAKE, LTD.*
11811 North Tatum Boulevard
Suite 3031
Phoenix, Arizona  85028-1621
Telephone: (480) 368-5199
Facsimile: (480) 368-5198
tdake@cox.net

**Terry A. Dake - 009656**

Attorney for Trustee

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | In Chapter 7 Proceedings |
| SUSAN MARIA CABRAL; | Case No. 2:09-BK-23136-SSC |
| Debtor. | |
| BRIAN J. MULLEN, TRUSTEE, | **Adversary No. 2:10-AP-1049** |
| Plaintiff, | |
| v. | |
| SUSAN MARIA CABRAL, LIANA HURLEY BLAIR aka Liana H. Blair aka Liana M. Blair, | |
| Defendants. | |

**CERTIFICATE OF SERVICE**

I, **Terry A. Dake**
of *TERRY A. DAKE, LTD.*
   11811 North Tatum Boulevard
   Suite 3031
   Phoenix, Arizona  85028-1621

certify:

I am, and all times hereinafter mentioned was, more than 18 years of age;

On June 10, 2010, I served a copy of the Summons issued on June 10, 2010, together with the Complaint filed in this proceeding, by mailing

those papers via the United States Postal Service, to the following persons at the addresses indicated:

**SUSAN MARIA CABRAL**
15017 E. MARATHON DR.
FOUNTAIN HILLS, AZ 85268

**WALTER A. ANGELINI**
ANGELINI LAW OFFICES
16810 AVENUE OF THE FOUNTAINS #200
FOUNTAIN HILLS, AZ 85268

Michael J. Tremblay
277 Main St.
Marlborough, MA 01752-5520

Liana M. Blair
189 Lake Shore Dr.
Malborough, MA 01752

    I certify under penalty of perjury that the foregoing is true and correct.

Executed on June 10, 2010.


  /s/ TD009656
Terry A. Dake